United States District Court
Middle District of Florida
Jacksonville Division

2014 MAR -7 AM 9:51

James Edwards Mason,
  Plaintiff,

vs.

Secretary
Eric Ken Shinsceki.

Case No.
3:14-CV-260-J-34MCR

## Pleading

I was 100% in 2011, and went to told 100% in 2012 in 2013 back to 30%. Prostats cancer gone, and the Herbicide gone to. On January 7, 2013.

I was in the second Koran war in 1969. I was exposure to Herbicid on the DMZ in Koran.

*James Edwards Mason*

James Edwards Mason
3353 Waller St.
Jacksonville, Fla 32254
904-655-1885

In Koran in 1969. There was no tree-jungle or Defoliated on the DMZ. Three toxic, the U.S. Government acknowled it.

I put in for Soft Tissue Sercomas in March 2002, Colonoscopy Cancer, Osteoperosis. The V.A. said I have Prostats Cancer, for the Herbicide Exposure. But not the Soft Tissue Sercomas, are the Colonoscopy Cancer, and Osteoperosis, just to name some, way just Prostats Cancer.

The Department of Veterans Affairs in St. Petersburg, Fla 33731, is not doing with the Law said. The Herbicide is not gone. The Department of Veterans Affairs, is a Government with in a Government. Secretary Eric Ken Shinsceki, is the head of the V.A.. He have a Boss. Thank You.

*James Edwards Mason*

James Edwards Mason
3353 Waller St,
Jacksonville, Fla 32254
904-655-1885